| | |
|---|---|
| 1 | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| | Mark C. Goodman (State Bar No. 154692) |
| 2 | David A. Gabianelli (State Bar No. 158170) |
| | Julie E. Schwartz (State Bar No. 260624) |
| 3 | One Maritime Plaza, Suite 300 |
| | San Francisco, CA  94111 |
| 4 | Telephone:    +1.415.954.0200 |
| | Facsimile:    +1.415.393.9887 |
| 5 | Email:          mgoodman@ssd.com |
| | Email:          dgabianelli@ssd.com |
| 6 | Email:          jeschwartz@ssd.com |

Attorneys for Defendants
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE PHARMACEUTICALS INC. and
MCKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNZEE LABORDE, an individual, | Case No. CV 10-548 VRW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| MCKESSON CORPORATION; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER PHARMACEUTICALS CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS INC., BERLEX LABORATORIES, INC., BERLEX, INC.; BAYER SCHERING PHARMA AG; BAYER AG; and DOES 1-10, inclusive, | |
| Defendants. | |

1  Plaintiff Lynzee Laborde ("Plaintiff") and Defendants Bayer Corporation, Bayer
2  HealthCare LLC, Bayer HealthCare Pharmaceuticals Inc. and McKesson Corporation
3  (collectively, "Defendants") by and through their respective counsel, enter into the following
4  Stipulation:
5  WHEREAS, Plaintiff's Complaint was filed on February 8, 2010;
6  WHEREAS, Defendants issued a letter dated February 10, 2010 identifying this matter as
7  a tag-along action in connection with MDL No. 2100 pending in the United States District Court
8  for the Southern District of Illinois;
9  WHEREAS, responses currently are due from Defendants on March 16, 2010; and
10  WHEREAS, an extension of time to respond to the Complaint is warranted for counsel to
11  discuss the disposition of this case and attempt to reach agreement on how it will be handled
12  going forward.
13  NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE,
14  Defendants shall have until March 30, 2010 to respond to Plaintiff's Complaint.
15  IT IS SO STIPULATED.

Dated: March 10, 2010

ROBINSON, CALCAGNIE & ROBINSON          SQUIRE, SANDERS & DEMPSEY LLP


By: _/s/ Daniel Robinson_                By: _/s/ Julie E. Schwartz_
    DANIEL ROBINSON                          JULIE E. SCHWARTZ

Attorneys for Plaintiff                  Attorneys for Defendants
LYNZEE LABORDE                           BAYER CORPORATION,
                                         BAYER HEALTHCARE LLC,
                                         BAYER HEALTHCARE
                                         PHARMACEUTICALS INC. and
                                         MCKESSON CORPORATION

-1-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. CV 10-548 VRW

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 3/15/2010

_____
HONORABLE VAUGHN R WALKER
United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Vaughn R Walker]